# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| CHARLES E. LOWE-KELLEY, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | NO. 1:16-cv-00082 |
| | ) | CHIEF JUDGE CRENSHAW |
| BLAIR LEIBACH, | ) | |
| Respondent. | ) | |

## ORDER

Petitioner's Unopposed Motion For Extension to File Amended Petition (Doc. No. 38) is **GRANTED**. Petitioner shall file an amended petition on or before **October 2, 2017**. On or before **November 1, 2017**, Respondent shall file an answer, plead or otherwise respond to the amended petition in conformance with Rule 5, Rules — § 2254 Cases.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE